# LUCIEN A. MORIN, II
## CHAPTER 7 TRUSTEE
25 East Main Street
Rochester, New York 14614
Telephone: (716) 546-2500
Fax: (716) 546-7218
E-mail: zmcmw@aol.com



December 8, 2010

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
1220 U.S. Courthouse
100 State Street
Rochester, NY 14614

   Re: AAPEX Systems, Inc., BK 98-20728
     Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

  Enclosed please find my Trustee's check in the amount of $33,114.34. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

  __X__ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

  _____ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Claimant | Amount | Claims Register |
|---|---|---|
| Center Stage Events | $122.57 | #15 |
| Robert C. Beatty, DDS | $2,292.63 | #18 |
| Maloney Fitness, Inc | $299.37 | #44 |
| Elmira Quality Printers | $5,688.26 | #57 |
| Sellard Communications | $2,609.28 | #58 |
| AT&T Capital Leasing Services | $9,834.86 | #74 |
| Corning-Elmira Pennysaver | $2,894.90 | #93 |
| Elmira Baseball LLC | $1,390.43 | #94 |
| Iroquois Foundry Systems | $2,621.47 | #115 |
| B&M Enterprises | $98.89 | #131 |
| Manhattan Jack's Inc | $1,037.54 | #142 |
| Royale Transport Inc | $2,371.71 | #144 |
| Elmira Quality Printers | $1,852.43 | #185 |

                Lucien A. Morin II, Chapter 7 Trustee