# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:  
    Aapex Systems, Inc.  

Case No.: 2-98-20728-JCN  
Chapter: 7

    Debtor(s)

Brian J. Dilks  
Dilks & Knopik, LLC  
PO Box 2728  
Issaquah, WA 98027

    Enclosed is your application to request payment for unclaimed funds. It is being returned to you for the following reason(s):

[ ]     Case Title and/or case number was not provided with original application.

[ ]     Affidavit is not dated.

[ ]     Claimant's current address was not provided with original affidavit.

[ ]     Claimant must state why check was not presented for payment at the time of original issuance.

[ ]     Requested amount of reimbursement must be stated on affidavit.

[ ]     Affidavit must state that reimbursement checks will be "made payable to claimant only," that the "claimant is in fact due the monies," and that all information provided is done so "under penalty of perjury."

[ ]     Affidavit must be notarized.

[ ]     Notarized Power of Attorney is required for all claimants using a second party to reclaim funds. All corporations must also submit an affidavit stating that claimant is aware of State Law Requirements for being a personal representative of the corporation.

[ ]     Documentation to substantiate claimant name change from original disbursement is needed.

[ ]     Documentation of Certificate of Service to the U.S. Attorney was not provided with application.

[ ]     Required Tax Identification Number or Social Security Number was not provided with application.

[X]     Other: Documentation that the amounts requested belong to claimant. Please submit additional documentation of the Corporation. Example, Corporation name change, corporation license and or any additional documentation. In addition the claimants photo ID is not legible. Please re-submit a photo copy that is legible.

    If you have any further questions, please call the Court at 716-362-3200.

Date: February 1, 2011                                         Paul R. Warren  
                                                                               Clerk of Court

Enclosures

Form dfyuncla/Doc 216  
www.nywb.uscourts.gov

IN RE: § §
    AAPEX Systems, Inc. § CASE NO. 98-20728
§
DEBTOR. §

## AFFIDAVIT REGARDING THE RECOVERY OF UNCLAIMED FUNDS

COMES NOW the claimant, Dilks & Knopik, LLC, attorney-in-fact for Elmira Quality Printers Incorporated, claimant, hereby petitions the Court for $7,540.69, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due to Elmira Quality Printers, creditor. A dividend check in the amount totaling $7,540.69 was not negotiated by the creditor and the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, US Bankruptcy Court. The creditor did not receive the dividend check in the above case for the following reason:

The original dividend check was sent to an Elmira Quality Printers at 132**3** College Avenue Elmira, NY 14901, That address is not valid. The correct address at the time of filing was 132**5** College Avenue Elmira, NY 14901. The current address is listed. The incorrect mailing address may have prevented delivery of the original dividend check.

The creditor's current mailing address, phone and social security/tax identification number are:
Elmira Quality Printers Incorporated
Norman Norman Griswold - President
4301 Shamrock Court Sebastian, FL 32958
607-733-4695
Last Four Digits of SSN/TIN: 9331

Claimant now seeks to recover the funds from the Court's Registry. **Dilks & Knopik, LLC is not an attorney firm but has been granted Limited Power of Attorney from Elmira Quality Printers Incorporated to collect the unclaimed funds, as evidenced by the attached Limited Power of Attorney.** Wherefore, claimant prays that, upon proper notice to the U.S. Attorney's Office, the Court order that a check in the amount of $7,540.69 made payable to Elmira Quality Printers Incorporated c/o Dilks & Knopik, LLC be issued from the Court's Registry.

I declare under the penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

Dated: January 3, 2011      Respectfully Submitted:

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC, Attorney in Fact for
Elmira Quality Printers Incorporated
PO Box 2728, Issaquah, WA 98027
(425) 836-5728

On 1/3/11 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

Caryn M. Dilks, Notary Public
for the State of Washington, County of King - My Commission Expires: July 29, 2014