# Affidavit for Claiming of Unclaimed Funds

4/18/2011
Case # 98-20728   AAPEX Systems, Inc.
Claim #18 (Court Assigned)

**FILED MAY - 2 2011 BANKRUPTCY COURT BUFFALO, N.Y.**

Claimant :           Robert C. Beatty, DDS
Current Address:  5205 Lafayette Dr.  Frisco, TX  75035
Phone:              972-███-2074,  cell 972-███-2502

Soc. Sec. # 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

**Reimbursement Requested:  at least $2,292.63**

The original disbursement check was not attained by the claimant due to the fact that the claimant had moved residence away from the original address of 202 Denison Parkway East, Corning NY  14870.  Claimant now [and since 2004] resides at the above address of 5205 Lafayette Dr., Frisco, TX  75035

The Claimant  Robert C. Beatty, DDS is in fact due the monies being requested.  He was an affected client of AAPEX payroll services and he had filed as a claimant in any successful court proceedings involving AAPEX Systems.

The Claimant is aware that he is under penalty of perjury for any facts set forth in this Affidavit.

Claimant serves a copy of this Affidavit to the U.S. Attorney, Office of the Western District of  NY, 138 Delaware Avenue,  Buffalo, NY 14202

*Robert C. Beatty, DDS* (signature)
Robert C. Beatty, DDS


JEREMY N BARTONE
My Commission Expires
November 8, 2014

Dental Equipment Specialists, Inc.
305 Commerce Drive Suite 6
Rochester, NY 14623

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/22/99 | |

| BILL TO | SHIP TO |
|---|---|
| Robert Beatty, DDS<br>202 Denison Parkway East<br>Corning, NY 14830 | Robert Beatty, DDS<br>202 Denison Parkway East<br>Corning, NY 14830 |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| | Paid with CC | GDS | 9/24/99 | Deliver/Install | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 1 | UL-CAM | UltraCam III Intraoral Camera | 6,818.46 | 6,818.46T |
| 4 | UL-DOCK | UltraCam Docking Station | 295.00 | 1,180.00T |
| 4 | UL-OPNETPL | Custom Plenum Op-Net Cable Kit | 382.00 | 1,528.00T |
| 1 | HI-VY190SUR | Hitachi Color Printer | 1,855.00 | 1,855.00T |
| 1 | DV-PS-6 | Power Strip | 17.00 | 17.00T |
| 1 | UL-SWITCHER | Digital Op-Net Switcher | 1,055.00 | 1,055.00T |
| 4 | UL-IRKIT | Op-Net Infrared Monitor Kit | 354.00 | 1,416.00T |
| 1 | CC-BNC-CB-4 | 4' BNC Cable | 19.37 | 19.37T |
| 4 | DV-WPKIT1 | Wall Plate Kit | 18.22 | 72.88T |
| 4 | SY-KV20S21W | Sony 20" Color Monitor | 506.54 | 2,026.16T |
| 1 | DDS | UltraCAM Digital Docking Station | 1,195.00 | 1,195.00T |
| 4 | IC-UNIVARM | Universal Monitor Mount | 100.00 | 400.00T |
| 1 | AX-CA-105 | RCA Cable | 1.20 | 1.20T |
| 4 | CA-CP-AD-501 | RCA to BNC Connector | 3.42 | 13.68T |
| 1 | DispSleeve | Hard Disposable Sleeves - Pkg. 100 | 0.00 | 0.00T |
| | Comment | Free Courtesy of Dental Equipment Specialists, Inc.<br>Disposable Sleeves are on backorder from manufacturer. As soon as we receive them in our office we will forward to you.<br>Serial Numbers:<br>Monitors: 1-4012696-E, 1-4012489-E, 1-4012695-D, 1-4012700-D<br>Switcher: 4882<br>UltraCAM: UC6698<br>UltraCAM Handpiece: HP6827<br>Docking Stations: DS4599, DS6149, DS7760, DS7759<br>Digital Docking Stations: DD001367<br>Printer: 90704685 | | |
| | | NY State - Steuben Co. - Corning Sales Tax | 8.00% | 1,407.82 |

Thank you for your business.

**Total** $19,005.57


PAID

