UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:  Case No.: 2−98−20728−PRW
  Chapter: 7
    Aapex Systems, Inc.

        Debtor(s)

The Locator Services Group Ltd.
for CIT Group, Inc.
280 Summer Street, Suite 400
Boston, MA 02210

    Enclosed is your application to request payment for unclaimed funds. It is being returned to you for the following reason(s):

- Form W−9 Request for Taxpayer Identification Number and Certification: Your W/9 form is a photo copy. Please submit the original W/9 form to the court. In addition, the affidavit for payment indicates payment to be made to CIT Group Inc., c/o The Locator Services Grroup Ltd, and is consistent with the Order supplied.
- Your W/9 form, where payment should be sent should be consistent with your request.

    If you have any further questions, please call the Court at 716−362−3200.

Date: September 15, 2016        Lisa Bertino Beaser
                                      Clerk of Court

Enclosures

Form dfyuncla/Doc 265
www.nywb.uscourts.gov